| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Snyder, Christina A. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>12/01/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ✔ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>312 Spring Street<br>Los Angeles, CA 90012 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | |
| 2. 2014 | Nexis-Lexis Book Royalty Income |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 7Genter Advisors Schwab DFA IRA Acct #1 | E | Int./Div. | P1 | T | | | | | |
| 2. IShares Russell 1000 Grwth IDX | | | | | | | | | |
| 3. IShares Russell 1000 Grwth IDX | | | | | | | | | |
| 4. DFA US Large Cap Value Fund | | | | | Buy (add'l) | 12/16/14 | J | | |
| 5. | | | | | Sold (part) | 12/16/14 | J | B | |
| 6. DFA Int'l Value Fund | | | | | | | | | |
| 7. DFA Int'l Value Fund | | | | | | | | | |
| 8. DFA Emerg Mkts Core Equity | | | | | Sold (part) | 03/28/14 | K | A | |
| 9. IShares MSCI EAFE Growth Fund | | | | | Sold | 03/26/14 | K | D | |
| 10. DFA US Targeted Value Port | | | | | Sold (part) | 12/16/14 | J | A | |
| 11. | | | | | Sold (part) | 12/16/14 | J | D | |
| 12. IShares MSCI China Index Fd | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. DFA Intl Small Cap Value Port | | | | | Buy (add'l) | 12/15/14 | J | | |
| 15. | | | | | Sold (part) | 12/15/14 | J | B | |
| 16. DFA Intl L/C Growth | | | | | Buy | 03/31/14 | L | | |
| 17. | | | | | Buy (add'l) | 12/16/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/16/14 | J | A | |
| 19. GNMA Pass Thru | | | | | | | | | |
| 20. Bank of America Accts (MM & Chng) | A | Interest | K | T | | | | | |
| 21. Christopher Weil IRA Acct | D | Int./Div. | N | T | | | | | |
| 22. Fidelity Cash Reserves MM | | | | | | | | | |
| 23. Virtus Emerging Mrkt Oppt Class A (HEMZX) | | | | | Sold | 11/24/14 | K | C | |
| 24. Yacktman Fund (YACKX) | | | | | | | | | |
| 25. First Eagle Global Class A (SGENX) | | | | | Buy (add'l) | 08/25/14 | J | | |
| 26. First Eagle Global Class A (SGENX) | | | | | Sold | 11/24/14 | J | A | |
| 27. First Eagle High Yield Fund CL A | | | | | | | | | |
| 28. Ivy High Income Class Y (WHIYX) | | | | | | | | | |
| 29. Principal Mid Cap Inst (PCBIX) | | | | | | | | | |
| 30. Aberdeen Emerging Mrkts Fund Instl SV CL ((AEMSX) | | | | | | | | | |
| 31. TCW Emerging Mkts Income CL N (TGINX) | | | | | | | | | |
| 32. Christopher Weil & Co Core CWCFX | | | | | | | | | |
| 33. Christopher Weil & Co Global Dividend (CWGDX) | | | | | | | | | |
| 34. ING Global Value Choice CL A (NAWGX) | | | | | Sold | 06/01/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Principal Mid Cap Blend Fund Class A (PEMGX) | | | | | | | | | |
| 36. Ashton/River Road Independent Value I (ARVIX) | | | | | Sold | 08/25/14 | K | | |
| 37. Hodges Small Cap Fund - Institutional HDSIX | | | | | Buy | 08/25/14 | K | | |
| 38. First Eagle Global Class I SGIIX | | | | | Buy | 11/24/14 | K | | |
| 39. Virtus Emerging Mkts Opp Class 1 HIEMX | | | | | Buy | 11/24/14 | K | | |
| 40. Trust #1 Schwab Acct | G | Interest | P2 | T | | | | | |
| 41. Schwab Money Mkt Funds | | | | | | | | | |
| 42. Met Wtr Dist Co. Rev P/R | | | | | | | | | |
| 43. San Mateo CO CA St Tax Rev 5.25% 06/01/2017 | | | | | | | | | |
| 44. CA Dept Trans RV 5.00% 02/01/15 | | | | | | | | | |
| 45. Los Angeles CA GO 5.25% 09/01/2014 | | | | | Sold | 09/01/14 | L | A | |
| 46. Pajaro Vallley, CA USD GO 5.25% 08/01/2016 | | | | | | | | | |
| 47. Southwestsern Cmty Coll Dist CA GO 5.25% 08/01/2017 | | | | | | | | | |
| 48. Los Angeles CA GO 5.25% 09/01/2014 | | | | | Sold | 09/01/14 | K | A | |
| 49. Coast Cmty Coll Dist CA GO 5.00% 08/01/21 | | | | | | | | | |
| 50. East Bay Mud CA Wtr Sys 5.00% 06/01/2019 | | | | | | | | | |
| 51. LA CA Dept Wtr & Pwr 5.00% 07/01/2022 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Napa CO CA Flood Impt RV 5.00% 06/15/2018 | | | | | | | | | |
| 53. Los Angeles CA GO 5.250% 09/01/2014 | | | | | Sold | 09/01/14 | K | A | |
| 54. Sacramento CO CA Sani Dist FIN 5.250% 12/01/2022 Auth RV | | | | | | | | | |
| 55. Monterey Peninsula CA CCD GO 5.00% 08/01/2020 C18 | | | | | | | | | |
| 56. CA ST GO 5.00% 10/01/2017 CC16 | | | | | | | | | |
| 57. Sacramento CA MUD Elec RV C18 5.00% 08/15/2021 | | | | | | | | | |
| 58. Aclanes CA Unikon High Schl 5.250% 08/01/2020 Dist GO C15 | | | | | | | | | |
| 59. CA Economic Recovery GO 5.00% 07/01/2015 CC14 | | | | | Sold | 09/04/14 | M | A | |
| 60. Bay Area Toll Auth CA RV C19 5.00% 04/01/2021 | | | | | Sold | 09/24/14 | M | B | |
| 61. San Diego CA PFA Sewer RV 5.00% 05/15/2016 | | | | | | | | | |
| 62. So CA PPA RV-Milford Wind 5.00% 07/01/2014 PJ#1 | | | | | Sold | 07/01/14 | N | A | |
| 63. CA ST GO 5.00% 03/01/2019 | | | | | | | | | |
| 64. CA Economic Recovery GO & RV 5.00% 07/01/2019 | | | | | | | | | |
| 65. Glendale CA USD GO 4.500% 09/01/2018 | | | | | | | | | |
| 66. Los Rios CA Cmty Coll Dist GO 4.00% 08/01/2016 | | | | | | | | | |
| 67. San Francisco CA PUC Wtr RV 4.00% 11/01/2017 CC16 | | | | | | | | | |
| 68. CA Wtr Res Cent Vlly PJ C19 5.000% 12/01/2024 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. San Diego CA PFA Sewer RV 5.00% 05/15/2016 | | | | | | | | | |
| 70. San Francisco Ca PUC WTR RV 5.000% 11/01/2025 C21@100 | | | | | | | | | |
| 71. Los Angeles CA Dept Wtr & Pwr RV 5.00% 07/01/2021 C21@100 | | | | | | | | | |
| 72. Fremont CA USD GO Alameda C22 5.00% 08/01/2026 | | | | | | | | | |
| 73. Met Wtr Dist So CA RV C222@100 5.000% 10/01/2024 | | | | | | | | | |
| 74. Bay Area Toll Auth CA RV 5.000% 04/01/2021 CC19 | | | | | | | | | |
| 75. San Ramon Valley CA USD GO 4.000% 08/01/2019 | | | | | | | | | |
| 76. University CA RV C22@100 5.000% 05/15/2024 | | | | | | | | | |
| 77. Los Angeles, CA WTR Sys RV 5.000% 06/01/2023 | | | | | | | | | |
| 78. CA ST GO 6.000% 04/01/2019 | | | | | | | | | |
| 79. Napa CO CA Flood Impt RV C15 5.000% 06/15/2018 | | | | | | | | | |
| 80. LA CA USD GO 5.00% 07/01/2013/25 | | | | | | | | | |
| 81. Bay Area Toll Auth CA RV 5.00% 04/01/2019 | | | | | | | | | |
| 82. Sacramento CA MUD RV C22@100 5.000% 08/15/2025 | | | | | | | | | |
| 83. Bay Area Toll Auth CA RV 5.500% 04/01/2019 | | | | | | | | | |
| 84. CA Economic Recovery GO & RV 5.000% 07/01/2019 | | | | | | | | | |
| 85. Twin Rivers CA USD GO C23@100 5.000% 08/01/2025 (BAM) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CA ST GO 5.00% 10-01-2017 16 | | | | | Buy | 08/05/14 | K | | |
| 87. CA ST GO 5.000% 10-01-2020 | | | | | Buy | 09/24/14 | N | | |
| 88. CA Water Res Cent Valley PJ RV 4;000% 12-01-2020 | | | | | Buy | 10/01/14 | N | | |
| 89. LA CO CA Met Trnsp Sls Tax RV 5.000% 07-01-2021 | | | | | Buy | 10/01/14 | N | | |
| 90. CA ST GO 5.000% 10-01-2020 | | | | | Buy | 12/03/14 | K | | |
| 91. Cupertino CA USD GO 5.000% 08/01/2021 | | | | | Buy | 03/26/14 | M | | |
| 92. San Mateo Co CA JT PWR LS C24 5.000% 06/15/2026 CORR CTR | | | | | Buy | 06/11/14 | M | | |
| 93. Turlock CA Irrigation Dist C24 5.000% 01/01/2026 RV | | | | | Buy | 07/10/14 | N | | |
| 94. BofA U.S. Trust Trust TI | F | Int./Div. | P1 | T | | | | | |
| 95. Bof A TX EX RSV ADV | | | | | | | | | |
| 96. BIF CA Municipal Money Mkt | | | | | | | | | |
| 97. Phoenix AZ GO Ref 544646G55 | | | | | Buy | 07/10/14 | L | | |
| 98. Napa Valley CA Cmty College GO 718814N69 | | | | | Buy | 09/24/14 | L | | |
| 99. Los Angeles CA Uni Sch Dist GO 544646ZV7 | | | | | Buy | 09/25/14 | L | | |
| 100. Anaheim CA PUB Fing Auth LE REV 03255LGG8 | | | | | Buy | 11/19/14 | L | | |
| 101. Alameda Cnty CA JT PWRS Auth Rev Bds 010831CR4 | | | | | Buy | 11/24/14 | L | | |
| 102. San Luis Obispo CA PUB Fing Rev 798641AK2 | | | | | Buy | 12/02/14 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Schwab 401(k) Account | E | Int./Div. | P1 | T | | | | | |
| 104. Schwab Money Market (Core Money Market Fd) | | | | | | | | | |
| 105. DFA Int'l Value Fund | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | Buy (add'l) | 03/05/14 | J | | |
| 110. DFA US Large Cap Value Fund | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 113. iShares Russell 1000 Grwth Index | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. DFA Emerg Mkts Core Equity | | | | | | | | | |
| 117. DFA Emerg Mkts Core Equity | | | | | | | | | |
| 118. DFA Emerg Mkts Core Eqity | | | | | | | | | |
| 119. DFA Emerg Mkts Core Equity | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. DFA Emerg Mkts Core Equity | | | | | Buy (add'l) | 01/28/14 | J | | |
| 121. | | | | | Buy (add'l) | 03/05/14 | J | | |
| 122. | | | | | Sold (part) | 03/28/14 | L | A | |
| 123. ishares MSCI EAFE Growth Fund | | | | | Buy (add'l) | 01/28/14 | J | | |
| 124. ishares MSCI EAFE Growth Fund | | | | | Buy (add'l) | 03/05/14 | J | | |
| 125. ishares MSCI EAFE Growth Fund | | | | | Sold (part) | 03/26/14 | K | D | |
| 126. ishares MSCI EAFE Growth Fund | | | | | Sold (part) | 03/26/14 | J | A | |
| 127. ishares MSCI EAFE Growth Fund | | | | | Sold (part) | 03/26/14 | J | A | |
| 128. ishares MSCI EAFE Growth Fund | | | | | Sold (part) | 03/26/14 | J | A | |
| 129. ishares MSCI EAFE Growth Fund | | | | | Sold (part) | 03/26/14 | J | A | |
| 130. ishares MSCI EAFE Growth Fund | | | | | Sold | 03/26/14 | J | A | |
| 131. DFA US Targeted Value Port | | | | | Buy (add'l) | 03/05/14 | J | | |
| 132. DFA US Targeted Value Port | | | | | Buy (add'l) | 06/23/14 | J | | |
| 133. DFA US Targeted Value Port | | | | | Buy (add'l) | 12/16/14 | J | | |
| 134. | | | | | Sold (part) | 12/16/14 | J | D | |
| 135. ishares MSCI China Index Fd | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 138. | | | | | Buy (add'l) | 03/05/14 | J | | |
| 139. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 140. DFA Intl L//C Growth Port | | | | | Buy | 03/28/14 | M | | |
| 141. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 142. | | | | | Sold (part) | 12/16/14 | J | A | |
| 143. DFA Intl Small Cap Value Port | | | | | Buy | 06/23/14 | J | | |
| 144. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 145. | | | | | Sold (part) | 12/15/14 | J | B | |
| 146. GENTER ADVISORS (SCHWAB) DFA IRA #2 | E | Dividend | P1 | T | | | | | |
| 147. DFA US Large Cap Value Fund | | | | | Buy (add'l) | 12/16/14 | J | | |
| 148. DFA US Large Cap Value Fund | | | | | Sold (part) | 12/16/14 | J | C | |
| 149. DFA US Large Cap Value Fund | | | | | | | | | |
| 150. DFA US Large Cap Value Fund | | | | | | | | | |
| 151. DFA US Large Cap Value Fund | | | | | | | | | |
| 152. DFA US Large Cap Value Fund | | | | | | | | | |
| 153. DFA US Large Cap Value Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  ishares Russell 1000 Grwth IDX | | | | | | | | | |
| 155.  ishares Russell 1000 Grwth IDX | | | | | | | | | |
| 156.  ishares Russell 1000 Grwth IDX | | | | | | | | | |
| 157.  ishares Russell 1000 Grwth IDX | | | | | | | | | |
| 158.  Ishares Russell 1000 Grwth IDX | | | | | | | | | |
| 159.  DFA Int'l Value Fund | | | | | | | | | |
| 160.  DFA Int'l Value Fund | | | | | | | | | |
| 161.  DFA Int'l Value Fund | | | | | | | | | |
| 162.  DFA Emeg Mkts Core Equity | | | | | Sold (part) | 03/28/14 | L | A | |
| 163.  DFA Emeg Mkts Core Equity | | | | | | | | | |
| 164.  DFA Emeg Mkts Core Equity | | | | | | | | | |
| 165.  DFA Emeg Mkts Core Equity | | | | | | | | | |
| 166.  DFA Emeg Mkts Core Equity | | | | | | | | | |
| 167.  ishares MSCI EAFE Growth Fund | | | | | Sold (part) | 03/26/14 | L | D | |
| 168.  ishares MSCI EAFE Growth Fund | | | | | Sold | 03/26/14 | J | A | |
| 169.  ishares MSCI EAFE Growth Fund | | | | | Sold | 03/26/14 | J | A | |
| 170.  ishares MSCI EAFE Growth Fund | | | | | Sold | 03/26/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ishares MSCI EAFE Growth Fund | | | | | Sold | 03/26/14 | J | A | |
| 172. US Targeted Value Port | | | | | Buy (add'l) | 12/16/14 | K | | |
| 173. US Targeted Value Port | | | | | Sold (part) | 12/16/14 | J | A | |
| 174. US Targeted Value Port | | | | | Sold (part) | 12/16/14 | K | E | |
| 175. ishares MSCI China Index Fd | | | | | | | | | |
| 176. DFA Intl Small Cap Value Port | | | | | Buy (add'l) | 12/15/14 | J | | |
| 177. | | | | | Sold (part) | 12/15/14 | J | B | |
| 178. DFA Intl L/C Growth Port | | | | | Buy | 03/31/14 | M | | |
| 179. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 180. | | | | | Sold (part) | 12/16/14 | J | A | |
| 181. BANK OF AMERICA/U.S. Trust IRA #3 | D | Int./Div. | N | T | | | | | |
| 182. Fleet Cap TV111 7.20% 3/15/2032 Cusip 33889X203 | | | | | | | | | |
| 183. ISHARES COHEN & STEERS REIT ETF | | | | | Buy | 11/25/14 | J | | |
| 184. ISHARES CORE S&P 500 ETF | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | Buy (add'l) | | K | | |
| 190. ISHARES MSCI EMERGING MKTS MIN | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. ISHARES NASDAQ BIOTECHNOLOGY ETF | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. JOHN HANCOCK FDS III INTL GROWTH | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | Sold (part) | 04/03/14 | J | A | |
| 202. | | | | | Sold | 09/03/14 | K | A | |
| 203. METRO WEST T/R BD CL 1 | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 208. POWERSHARES WATER RESOURCES | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | Sold (part) | 11/25/14 | K | B | |
| 213. SLECT SECTOR SPDR TR FINANCIAL | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. TOUCHSTONE SANDS CAP SELECT | | | | | | | | | |
| 218. | | | | | Buy (add'l) | 04/03/14 | J | | |
| 219. VANGUARD DIVIDEND APPRECIATION | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | Sold (part) | 09/03/14 | K | B | |
| 226. VANGUARD FTSE DEVELOPED MARKETS | | | | | | | | | |
| 227. | | | | | Sold (part) | 04/03/14 | J | A | |
| 228. | | | | | Sold (part) | 12/01/14 | J | A | |
| 229. VANGUARD MID-CAP ETF | | | | | Buy | 08/01/13 | J | | |
| 230. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 231. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 232. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 233. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 234. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 235. VANGUARD MID-CAP ETF | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 04/03/14 | J | | |
| 240. VANGUARD SMALL-CAP ETF | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | Sold (part) | 09/03/14 | J | A | |
| 245. WISDOMTREE JAPAN HEDGED EQUITY | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |
| 249. | | | | | Sold (part) | 04/03/14 | J | | |
| 250. Invesco Intl Growth Fund CL Y | | | | | Buy | 09/03/14 | K | | |
| 251. WISDOMTREE EUOPE HEDGED EQUITY FUND | | | | | Buy | 12/01/14 | J | | |
| 252. SCHWAB TRUST C | F | Dividend | P1 | T | | | | A | |
| 253. Intel Corporation | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. Pepsico Incorporated | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. United Parcel Service - CL B | | | | | | | | | |
| 257. Schlumberger Ltd | | | | | | | | | |
| 258. Texas Instruments Inc | | | | | | | | | |
| 259. Verizon Communications | | | | | | | | | |
| 260. Emerson Electric Company | | | | | | | | A | |
| 261. Schlumberger Ltd | | | | | | | | | |
| 262. Schlumberger Ltd | | | | | | | | | |
| 263. Emerson Electric Company | | | | | | | | | |
| 264. Bank of New York Mellon | | | | | | | | | |
| 265. Bank of New York Mellon | | | | | | | | | |
| 266. Bank of New York Mellon | | | | | | | | | |
| 267. Oracle Corp | | | | | | | | | |
| 268. McDonalds Corp | | | | | | | | | |
| 269. | | | | | | | | | |
| 270. Gilead Sciences Inc | | | | | | | | | |
| 271. | | | | | | | | | |
| 272. Google Inc - Cl A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Baker Hughes | | | | | Buy (add'l) | 01/29/14 | K | | |
| 274. Baker Hughes | | | | | Sold | 11/06/14 | K | A | |
| 275. Baker Hughes | | | | | Sold | 11/19/14 | K | D | |
| 276. PNC Financial Services Group | | | | | | | | | |
| 277. Illinois Tool Works | | | | | | | | | |
| 278. | | | | | | | | | |
| 279. Whiting Petroleum Corp | | | | | Sold (part) | 12/08/14 | K | A | |
| 280. | | | | | Sold (part) | 12/08/14 | K | A | |
| 281. Newfield Exploration Co | | | | | | | | | |
| 282. | | | | | | | | | |
| 283. | | | | | | | | | |
| 284. | | | | | | | | | |
| 285. | | | | | | | | | |
| 286. Blackrock Inc | | | | | | | | | |
| 287. | | | | | | | | | |
| 288. | | | | | | | | | |
| 289. Molson Coors Brewing Co - B | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | | | | | |
| 291. Express Scripts Holding Co | | | | | Sold | 07/22/14 | M | E | |
| 292. | | | | | Sold | 07/22/14 | K | D | |
| 293. Universal Health Services B | | | | | | | | | |
| 294. | | | | | | | | | |
| 295. Myriad Genetics Inc. | | | | | Buy | 01/29/14 | L | | |
| 296. | | | | | Buy (add'l) | 07/22/14 | K | | |
| 297. | | | | | | | | | |
| 298. | | | | | | | | | |
| 299. | | | | | Sold (part) | 11/11/14 | K | A | |
| 300. Sanofi-Aventis - ADR | | | | | Sold (part) | 04/01/14 | L | B | |
| 301. | | | | | Sold | 11/24/14 | M | A | |
| 302. Urban Outfitters Inc | | | | | | | | | |
| 303. Netapp Inc | | | | | | | | | |
| 304. Teradata Corp | | | | | | | | | |
| 305. Altera Corporation | | | | | Buy | 02/07/14 | L | | |
| 306. International Paper | | | | | Buy | 03/28/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 04/17/14 | L | A | |
| 308. Taiwan Semiconductor - SP ADR | | | | | Buy | 01/28/14 | L | | |
| 309. | | | | | Buy (add'l) | 11/14/14 | L | | |
| 310. Freeport-McMoran Inc | | | | | Buy | 07/11/14 | L | | |
| 311. | | | | | Sold | 10/28/14 | K | A | |
| 312. Noble Energy | | | | | Buy | 10/28/14 | M | | |
| 313. SCHWAB TRUST D | G | Dividend | P2 | T | | | | | |
| 314. Altria Group Inc | | | | | | | | | |
| 315. Bank of New York Mellon Corp | | | | | | | | | |
| 316. | | | | | | | | | |
| 317. Intel Corporation | | | | | | | | | |
| 318. Intel Corporation | | | | | | | | | |
| 319. Pepsico Incorporated | | | | | | | | | |
| 320. Johnson & Johnson | | | | | | | | | |
| 321. Philip Morris Intl Inc | | | | | | | | | |
| 322. Taiwan Semiconductor - SP ADR | | | | | Buy | 01/28/14 | M | | |
| 323. | | | | | Buy (add'l) | 07/22/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Eastman Chemical Company | | | | | | | | | |
| 325. Chevron Corp | | | | | | | | | |
| 326. Microchip Technology Inc | | | | | Buy (add'l) | 10/10/14 | K | | |
| 327. VF Corporation | | | | | Sold (part) | 02/06/14 | K | E | |
| 328. Bristol-Myers Squibb Co | | | | | | | | | |
| 329. Bristol-Myers Squibb Co | | | | | | | | | |
| 330. Genuine Parts Co | | | | | | | | | |
| 331. Bank of New York Mellon Corp | | | | | | | | | |
| 332. | | | | | | | | | |
| 333. Verizon Communications | | | | | | | | | |
| 334. | | | | | | | | | |
| 335. United Parcel Services - CL B | | | | | | | | | |
| 336. VF Corporation | | | | | Sold (part) | 02/06/14 | K | E | |
| 337. Emerson Electric Company | | | | | | | | | |
| 338. PPG Industries | | | | | | | | | |
| 339. PPG Industries | | | | | | | | | |
| 340. Emerson Electric Company | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Altria Group Inc | | | | | | | | | |
| 342. Eastman Chemical Company | | | | | | | | | |
| 343. Total SA SPON ADR | | | | | | | | | |
| 344. Total SA SPON ADR | | | | | | | | | |
| 345. Nucor Coporation | | | | | | | | | |
| 346. Merck & Company | | | | | | | | | |
| 347. Merck & Company | | | | | | | | | |
| 348. Applied Materials Inc | | | | | | | | | |
| 349. Applied Materials Inc. | | | | | | | | | |
| 350. Molson Coors Brewing Co - B | | | | | | | | | |
| 351. | | | | | | | | | |
| 352. PNC Financial Services Group | | | | | | | | | |
| 353. Illinois Tool Works | | | | | | | | | |
| 354. Blackrock Inc | | | | | Buy | 02/06/14 | M | | |
| 355. | | | | | Buy (add'l) | 03/28/14 | L | | |
| 356. Microchip Technology Inc | | | | | | | | | |
| 357. Pfizer Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | | | | | |
| 359. McDonalds | | | | | | | | | |
| 360. | | | | | | | | | |
| 361. Sanofi-Aventis - ADR | | | | | Buy (add'l) | 01/29/14 | L | | |
| 362. | | | | | Sold (part) | 11/24/14 | M | A | |
| 363. | | | | | Sold | 11/24/14 | M | A | |
| 364. Transocean LTD | | | | | Buy | 01/29/14 | M | | |
| 365. | | | | | Sold | 10/10/14 | L | A | |
| 366. Freeport-McMoran Inc | | | | | Buy | 07/02/14 | L | | |
| 367. | | | | | Sold | 10/10/14 | K | A | |
| 368. Kellogg Company | | | | | Sold (part) | 03/28/14 | L | B | |
| 369. | | | | | Sold | 03/28/14 | L | B | |
| 370. International Paper | | | | | Buy | 03/28/14 | L | | |
| 371. | | | | | Sold | 04/17/14 | L | A | |
| 372. Zilinx Inc | | | | | Buy | 11/20/14 | M | | |
| 373. CHRISTOPHER WEIL TRUST | | | | | | | | | |
| 374. Regional Housing Fund 2 LLC | F | Int./Div. | L | T | | | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Distributed | 06/01/14 | K | | |
| 376. CWC Health Tech Fund I, LLC | E | Int./Div. | J | T | | | | | |
| 377. Bank of America U.S. TRUST - TRUST PL | G | Dividend | P1 | T | | | | | |
| 378. BofA CA Tax-Exempt Reserves | | | | | | | | | |
| 379. CA St Var Pup GO &GO Ref BDS Dtd 9/28/11 04.400 due 09/01/20 | | | | | | | | | |
| 380. Los Angeles CA Dept Wtr & Pwr Sys Rev BDS - OID Dtd 12/28/05 | | | | | | | | | |
| 381. CA ST Pub Wks Brd Leas Rev BDS Dtd 11/29/11 03.00 | | | | | | | | | |
| 382. So CA Pub PWR AUTH Re Rev BDS DTD 09/09/10 04.000 | | | | | | | | | |
| 383. CA ST DEPT WTR RES PWR REV BDS DTD 10/20/10 04.000 | | | | | | | | | |
| 384. LA CA Uni Sch Dist Ref BDS DTD 11/01/11 04.000 | | | | | | | | | |
| 385. Neveda IRR DIST JT PWRS AUTH C REV BDS DTD 12/11/11 04.000 | | | | | | | | | |
| 386. San Elijo CA JT PWRS AUTH REF BDS DTD 12/21/11 04.000 | | | | | | | | | |
| 387. Chevron Corp (COM) (cvx) | | | | | | | | | |
| 388. | | | | | | | | | |
| 389. | | | | | | | | | |
| 390. | | | | | | | | | |
| 391. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | | | | | |
| 393. | | | | | | | | | |
| 394. | | | | | | | | | |
| 395. | | | | | | | | | |
| 396. | | | | | | | | | |
| 397. Cisco Sys Inc Com (CSCO) | | | | | | | | | |
| 398. | | | | | | | | | |
| 399. | | | | | | | | | |
| 400. | | | | | | | | | |
| 401. | | | | | | | | | |
| 402. | | | | | | | | | |
| 403. | | | | | | | | | |
| 404. | | | | | | | | | |
| 405. Microsoft Corp Com (MSFT) | | | | | | | | | |
| 406. | | | | | | | | | |
| 407. | | | | | | | | | |
| 408. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | | | | | |
| 410. Wal-Mart Stores Inc Com (WMT) | | | | | | | | | |
| 411. Brep VII Commercial Real Estate | | | | | | | | | |
| 412. | | | | | | | | | |
| 413. | | | | | | | | | |
| 414. | | | | | | | | | |
| 415. | | | | | | | | | |
| 416. Brep Europe IV Real Estate Trust | | | | | | | | | |
| 417. | | | | | Buy (add'l) | 05/08/14 | K | | |
| 418. | | | | | Buy (add'l) | 07/21/14 | K | | |
| 419. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 420. | | | | | Buy (add'l) | 12/16/14 | K | | |
| 421. Accenture PLC | | | | | | | | | |
| 422. | | | | | | | | | |
| 423. | | | | | | | | | |
| 424. Altria Group Inc | | | | | | | | | |
| 425. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | | | | | |
| 427. | | | | | | | | | |
| 428. Apache Corp | | | | | | | | | |
| 429. Apple Inc | | | | | | | | | |
| 430. | | | | | | | | | |
| 431. | | | | | | | | | |
| 432. | | | | | | | | | |
| 433. | | | | | | | | | |
| 434. | | | | | | | | | |
| 435. Astrazeneca PLC | | | | | | | | | |
| 436. | | | | | | | | | |
| 437. | | | | | | | | | |
| 438. | | | | | | | | | |
| 439. AT&T INC | | | | | | | | | |
| 440. | | | | | | | | | |
| 441. | | | | | | | | | |
| 442. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 74

Name of Person Reporting

Snyder, Christina A.

Date of Report

12/01/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Barrick Gold Corp | | | | | | | | | |
| 444. | | | | | | | | | |
| 445. | | | | | | | | | |
| 446. Baxter Intl Inc | | | | | | | | | |
| 447. | | | | | | | | | |
| 448. | | | | | | | | | |
| 449. | | | | | | | | | |
| 450. | | | | | | | | | |
| 451. BCE INC | | | | | | | | | |
| 452. | | | | | | | | | |
| 453. | | | | | | | | | |
| 454. | | | | | | | | | |
| 455. | | | | | | | | | |
| 456. BHP BILLITON LTD | | | | | | | | | |
| 457. | | | | | | | | | |
| 458. BOEING CO | | | | | | | | | |
| 459. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. COLUMBIA SELECT LARGE CAP GROWTH | | | | | | | | | |
| 461. | | | | | | | | | |
| 462. | | | | | | | | | |
| 463. | | | | | | | | | |
| 464. | | | | | | | | | |
| 465. COLUMBIA SELECT LARGE CAP GROWTH | | | | | | | | | |
| 466. | | | | | | | | | |
| 467. | | | | | | | | | |
| 468. COLUMBIA SMALL CAP INDEX FUND | | | | | Sold | 09/03/14 | K | B | |
| 469. CONOCOPHILLIPS | | | | | | | | | |
| 470. | | | | | | | | | |
| 471. | | | | | | | | | |
| 472. | | | | | | | | | |
| 473. CORNING INC | | | | | | | | | |
| 474. | | | | | | | | | |
| 475. | | | | | | | | | |
| 476. CORNING INC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | | | | | |
| 478. DEERE & CO | | | | | | | | | |
| 479. | | | | | | | | | |
| 480. | | | | | | | | | |
| 481. | | | | | | | | | |
| 482. DEVON ENERGY CORP NEW | | | | | | | | | |
| 483. | | | | | | | | | |
| 484. | | | | | | | | | |
| 485. DIAGEO PLC | | | | | | | | | |
| 486. | | | | | | | | | |
| 487. | | | | | | | | | |
| 488. | | | | | | | | | |
| 489. | | | | | | | | | |
| 490. | | | | | | | | | |
| 491. | | | | | | | | | |
| 492. | | | | | | | | | |
| 493. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 74

**Name of Person Reporting**

Snyder, Christina A.

**Date of Report**

12/01/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. DIAMOND OFFSHORE DRILLING INC | | | | | | | | | |
| 495. | | | | | | | | | |
| 496. | | | | | | | | | |
| 497. | | | | | | | | | |
| 498. | | | | | | | | | |
| 499. | | | | | | | | | |
| 500. | | | | | | | | | |
| 501. | | | | | | | | | |
| 502. | | | | | | | | | |
| 503. | | | | | | | | | |
| 504. | | | | | | | | | |
| 505. DISCOVER FINL SVCS | | | | | | | | | |
| 506. | | | | | | | | | |
| 507. | | | | | | | | | |
| 508. | | | | | | | | | |
| 509. DOMINION RES INC VA NEW | | | | | | | | | |
| 510. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | | | | | |
| 512. | | | | | | | | | |
| 513. DR PEPPER SNAPPLE INC | | | | | | | | | |
| 514. | | | | | | | | | |
| 515. DU PONT E I DE NEMOURS & CO | | | | | | | | | |
| 516. | | | | | | | | | |
| 517. | | | | | | | | | |
| 518. EMC CORP | | | | | | | | | |
| 519. EMERSON ELEC CO | | | | | | | | | |
| 520. | | | | | | | | | |
| 521. | | | | | | | | | |
| 522. | | | | | | | | | |
| 523. | | | | | | | | | |
| 524. | | | | | | | | | |
| 525. | | | | | | | | | |
| 526. ETRACS ALERIAN MLP INFRA | | | | | Buy | 06/20/14 | J | | |
| 527. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | | | | | |
| 529. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 530. EXELON CORP | | | | | | | | | |
| 531. | | | | | | | | | |
| 532. EXPRESS SCRIPTS HLDG CO | | | | | | | | | |
| 533. | | | | | | | | | |
| 534. | | | | | | | | | |
| 535. EXXON MOBIL CORP | | | | | | | | | |
| 536. | | | | | | | | | |
| 537. | | | | | | | | | |
| 538. | | | | | | | | | |
| 539. | | | | | | | | | |
| 540. | | | | | | | | | |
| 541. | | | | | | | | | |
| 542. | | | | | | | | | |
| 543. GENERAL ELEC CO | | | | | | | | | |
| 544. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | | | | | |
| 546. | | | | | | | | | |
| 547. GENUINE PARTS CO | | | | | | | | | |
| 548. | | | | | | | | | |
| 549. | | | | | | | | | |
| 550. GLAXOSMITHKLINE PLC | | | | | | | | | |
| 551. HCP INC | | | | | | | | | |
| 552. | | | | | | | | | |
| 553. | | | | | | | | | |
| 554. | | | | | | | | | |
| 555. HEALTH CARE REIT INC | | | | | | | | | |
| 556. | | | | | | | | | |
| 557. | | | | | | | | | |
| 558. HONEYWELL INTL INC | | | | | | | | | |
| 559. | | | | | | | | | |
| 560. | | | | | | | | | |
| 561. HSBC HLDGS PLC | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562. | | | | | | | | | |
| 563. | | | | | | | | | |
| 564. | | | | | | | | | |
| 565. INTEL CORP | | | | | | | | | |
| 566. | | | | | | | | | |
| 567. | | | | | | | | | |
| 568. | | | | | | | | | |
| 569. INTERNATIONAL BUSINESS MACHS | | | | | | | | | |
| 570. | | | | | | | | | |
| 571. | | | | | | | | | |
| 572. | | | | | | | | | |
| 573. | | | | | | | | | |
| 574. | | | | | | | | | |
| 575. ISHARES MSCI MERGING MKTS MIN | | | | | | | | | |
| 576. | | | | | | | | | |
| 577. | | | | | | | | | |
| 578. JOHN HANCOCK FDS III INTL GROWTH | | | | | Sold | 09/03/14 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. JOHNSON & JOHNSON | | | | | | | | | |
| 580. | | | | | | | | | |
| 581. | | | | | | | | | |
| 582. | | | | | | | | | |
| 583. | | | | | | | | | |
| 584. | | | | | | | J | | |
| 585. | | | | | | | | | |
| 586. | | | | | | | | | |
| 587. | | | | | | | | | |
| 588. | | | | | | | | | |
| 589. KIMBERLY CLARK CORP | | | | | | | | | |
| 590. | | | | | | | | | |
| 591. | | | | | | | | | |
| 592. | | | | | | | | | |
| 593. | | | | | | | | | |
| 594. KINDER MORGAN MGMT LLC | | | | | | | | | |
| 595. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. | | | | | | | | | |
| 597. | | | | | | | | | |
| 598. | | | | | Sold (part) | 02/28/14 | J | A | |
| 599. | | | | | Sold (part) | 06/11/14 | J | A | |
| 600. | | | | | Sold (part) | 06/20/14 | K | A | |
| 601. LILLY ELI & CO | | | | | | | | B | |
| 602. | | | | | | | | | |
| 603. | | | | | | | | | |
| 604. MACK CALI RLTY CORP | | | | | | | | | |
| 605. MEDTRONIC INC | | | | | | | | | |
| 606. MERCK & CO INC. | | | | | | | | | |
| 607. | | | | | | | | | |
| 608. | | | | | | | | | |
| 609. METLIFE INC | | | | | | | | | |
| 610. | | | | | | | | | |
| 611. | | | | | | | | | |
| 612. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | | | | | |
| 614. MFS VALUE FUND | | | | | | | | | |
| 615. MOL.SON COORS BREWING CO | | | | | | | | | |
| 616. NEXTERA ENERGY INC | | | | | | | | | |
| 617. | | | | | | | | | |
| 618. | | | | | | | | | |
| 619. PEPSICO INC | | | | | | | | | |
| 620. | | | | | | | | | |
| 621. PHILIP MORRIS INL INC | | | | | | | | | |
| 622. | | | | | | | | | |
| 623. | | | | | | | | | |
| 624. | | | | | | | | | |
| 625. | | | | | | | | | |
| 626. | | | | | | | | | |
| 627. | | | | | | | | | |
| 628. | | | | | | | | | |
| 629. PIMCO ALL ASSET FUND | | | | | Sold | 12/28/14 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. PIMCO HIGH YIELD FD | | | | | | | | | |
| 631. | | | | | | | | | |
| 632. | | | | | | | | | |
| 633. PNC FINL SVCS GROUP INC | | | | | | | | | |
| 634. | | | | | | | | | |
| 635. | | | | | | | | | |
| 636. | | | | | | | | | |
| 637. | | | | | | | | | |
| 638. POWERSHARES WATER RESOURCES | | | | | | | | | |
| 639. | | | | | | | | | |
| 640. | | | | | | | | | |
| 641. PROCTER & GAMBLE CO | | | | | | | | | |
| 642. | | | | | | | | | |
| 643. | | | | | | | | | |
| 644. | | | | | | | | | |
| 645. | | | | | | | | | |
| 646. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | | | | | |
| 648.   RAYTHEON CO | | | | | | | | | |
| 649. | | | | | | | | | |
| 650. | | | | | | | | | |
| 651.   ROCHE HLDG LTD | | | | | | | | | |
| 652. | | | | | | | | | |
| 653. | | | | | | | | | |
| 654. | | | | | | | | | |
| 655. | | | | | | | | | |
| 656.   ROYAL DUTCH SHELL PLC | | | | | | | | | |
| 657. | | | | | | | | | |
| 658. | | | | | | | | | |
| 659. | | | | | | | | | |
| 660. | | | | | | | | | |
| 661.   SIGMA ALDRICH CORP | | | | | | | | | |
| 662.   SMUCKER J M CO | | | | | | | | | |
| 663.   SUNTRUST BKS INC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Snyder, Christina A.

12/01/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | | | | | |
| 665. TAIWAN SEMICONDUCTOR MFG LTD | | | | | | | | | |
| 666. UNILEVER N V | | | | | | | | | |
| 667. | | | | | | | | | |
| 668. | | | | | | | | | |
| 669. | | | | | | | | | |
| 670. VANGUARD FTSE DEVELOPED MARKETS | | | | | Sold | 12/01/14 | K | A | |
| 671. VISA INC | | | | | | | | | |
| 672. | | | | | | | | | |
| 673. | | | | | | | | | |
| 674. | | | | | | | | | |
| 675. | | | | | | | | | |
| 676. | | | | | | | | | |
| 677. VODAFONE GROUP PLC | | | | | | | | | |
| 678. | | | | | | | | | |
| 679. | | | | | | | | | |
| 680. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Snyder, Christina A.   12/01/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. WISDOMTREE JAPAN EDGED EQUITY | | | | | | | | | |
| 682. | | | | | | | | | |
| 683. | | | | | | | | | |
| 684. | | | | | | | | | |
| 685. ZOETIS INC | | | | | | | | | |
| 686. | | | | | | | | | |
| 687. | | | | | | | | | |
| 688. American Wtr WKS CO Inc New Com (AWK) | | | | | | | | | |
| 689. Wm Blair Intl Small Cap Growth Fund CL 1 | | | | | Buy | 03/05/14 | K | | |
| 690. | | | | | Sold | 07/31/14 | | A | |
| 691. iShares NASDAQ Biotechnology ETF | | | | | Buy | 03/05/14 | J | | |
| 692. SPDR S&P Oil & Gas Exploration & Production ETF | | | | | Buy | 09/03/14 | J | | |
| 693. SPDR Oil & Gas Equipment & SVCS ETF | | | | | Buy | 09/03/14 | J | | |
| 694. Invesco Intl Growth Fund CL Y | | | | | Buy | 09/03/14 | L | | |
| 695. Wisdomtree Europe Hedged Equity Fund | | | | | Buy | 12/01/14 | K | | |
| 696. Bank of America U.S TRUST Trust SCH-LCV-PL | E | Int./Div. | O | T | | | | | |
| 697. Verizon Communication | | | | | Buy | 02/24/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT    Name of Person Reporting    Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold | 03/04/14 | J | | |
| 699. | | | | | Buy | 03/19/14 | J | | |
| 700. | | | | | Sold (part) | 03/19/14 | J | A | |
| 701. | | | | | Sold | 03/19/14 | J | A | |
| 702. Boeing Co | | | | | Sold | 03/07/14 | J | A | |
| 703. | | | | | | | | | |
| 704. Diamond Offshore Drilling Inc | | | | | Buy | 03/10/14 | J | | |
| 705. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 706. DuPont E I DeNemours & Co | | | | | Buy | 03/10/14 | J | | |
| 707. | | | | | Buy (add'l) | 07/15/14 | | | |
| 708. General Elec Co Com | | | | | Buy | 03/10/14 | J | | |
| 709. Unilever N V | | | | | Buy | 03/10/14 | J | | |
| 710. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 711. VodaFone Group PLC New | | | | | Sold | 03/13/14 | J | A | |
| 712. | | | | | Buy | 07/15/14 | J | | |
| 713. Symantec Corp Com | | | | | Buy | 03/17/14 | J | | |
| 714. | | | | | Buy (add'l) | 03/18/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy (add'l) | 07/15/14 | | | |
| 716. Astrazeneca PLC | | | | | Sold (part) | 05/21/14 | J | A | |
| 717. | | | | | Sold | 05/22/14 | J | A | |
| 718. Pfizer Inc Com | | | | | Buy | 06/12/14 | J | | |
| 719. Dominion Res Inc | | | | | Sold (part) | 06/19/14 | J | A | |
| 720. | | | | | Sold | 06/20/14 | J | A | |
| 721. CNOOC LTD | | | | | Buy | 07/14/14 | J | | |
| 722. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 723. BCE INC NEW | | | | | Buy | 07/15/14 | J | | |
| 724. Chevron Corp | | | | | Buy | 07/15/14 | J | | |
| 725. HCP INC REIT | | | | | Buy | 07/15/14 | J | | |
| 726. HSBC HLDGS PLC | | | | | Buy | 07/15/14 | J | | |
| 727. Health Care REIT Inc | | | | | Buy | 07/15/14 | J | | |
| 728. Philip Morris Intl INC | | | | | Buy | 07/15/14 | J | | |
| 729. HALYARAD HEALTH INC | | | | | Spinoff (from line 589) | 12/10/14 | J | A | |
| 730. Bank of America U.S. Trust TRUST EIC-MTV | D | Int./Div. | N | T | | | | | |
| 731. Southern Co Com | | | | | Buy | 01/02/14 | J | | |

1. Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) U =Book Value | V =Other | W =Estimated

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold | 04/28/14 | J | A | |
| 733. Northrop Grumman Corp | | | | | Sold | 01/06/14 | J | B | |
| 734. Chares Schwab Corp New | | | | | Sold (part) | 01/06/14 | J | B | |
| 735. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 736. | | | | | Sold (part) | 08/25/14 | J | C | |
| 737. Devon Energy Corp | | | | | Buy | 01/13/14 | J | | |
| 738. | | | | | Sold (part) | 06/10/14 | J | B | |
| 739. | | | | | Sold | 10/22/14 | J | A | |
| 740. Sigma Aldrich Corp | | | | | Sold | 02/21/14 | J | B | |
| 741. Microsoft Corp | | | | | Sold | 02/25/14 | J | A | |
| 742. | | | | | Buy | 07/14/14 | J | | |
| 743. | | | | | Sold (part) | 11/07/14 | J | A | |
| 744. Bed Bath & Beyond | | | | | Buy | 03/07/14 | J | | |
| 745. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 746. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 747. Johnson & Johnson | | | | | Sold | 03/10/14 | J | A | |
| 748. | | | | | Buy | 09/03/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

    Snyder, Christina A.     12/01/2015

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749.  Becton Dickinson & Co | | | | | Buy | 03/24/14 | J | | |
| 750. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 751. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 752. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 753. | | | | | Sold (part) | 10/21/14 | J | C | |
| 754.  Exelon Corp Com | | | | | Sold (part) | 04/23/14 | J | A | |
| 755. | | | | | Sold | 05/02/14 | J | A | |
| 756. | | | | | Buy | 06/03/14 | J | | |
| 757. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 758.  EBay Inc | | | | | Buy | 05/14/14 | J | | |
| 759. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 760. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 761.  Wal-Mart Stores | | | | | Buy (add'l) | 05/19/14 | J | | |
| 762. | | | | | Sold | 06/03/14 | J | B | |
| 763.  Molson Coors Brewing Co | | | | | Sold | 05/20/14 | J | B | |
| 764. | | | | | Buy | 06/03/14 | J | | |
| 765.  Dr. Pepper Snapple Inc | | | | | Buy | 05/27/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Snyder, Christina A.

12/01/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 767. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 768. | | | | | Sold (part) | 08/25/14 | J | | |
| 769. Barrick Gold Corp | | | | | Buy | 06/03/14 | J | | |
| 770. Baxter Intl Inc Com | | | | | Buy | 06/03/14 | J | | |
| 771. Chevron Corp | | | | | Buy | 06/03/14 | J | | |
| 772. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 773. Cisco Sys Inc | | | | | Buy | 06/03/14 | J | | |
| 774. Express Scripts Hldg Co | | | | | Buy | 06/03/14 | J | | |
| 775. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 776. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 777. Exxon Mobil Corp | | | | | Buy | 06/03/14 | J | | |
| 778. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 779. GlaxoSmithKline PLV | | | | | Buy | 06/03/14 | J | | |
| 780. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 781. Newmont MNG Corp | | | | | Buy | 06/03/14 | J | | |
| 782. Northrop Grumman Corp | | | | | Buy | 06/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Sold | 08/25/14 | J | C | |
| 784. Pepsico Inc | | | | | Buy | 06/03/14 | J | | |
| 785. | | | | | Buy (add'l) | 07/24/14 | J | | |
| 786. Procter & Gamble Co | | | | | Buy | 06/03/14 | J | | |
| 787. | | | | | Buy (add'l) | 07/14/14 | J | | |
| 788. American Express | | | | | Sold | 06/03/14 | J | C | |
| 789. Torchmark Corp | | | | | Buy | 06/20/14 | J | | |
| 790. | | | | | Sold | 07/22/14 | J | A | |
| 791. Annaly Cap Mgmt Inc. | | | | | Buy | 07/14/14 | J | | |
| 792. Mack Cali Rlty Corp | | | | | Buy | 07/14/14 | J | | |
| 793. Medtronic Inc Com | | | | | Buy | 07/14/14 | J | | |
| 794. | | | | | Sold | 11/07/14 | J | A | |
| 795. PNC Finl Svcs Group iNC | | | | | Sold | 07/14/14 | J | C | |
| 796. Suntrust Bks Inc | | | | | Buy | 10/08/14 | J | | |
| 797. Southwestern Energy Co | | | | | Buy | 10/09/14 | J | | |
| 798. | | | | | Buy | 10/22/14 | J | | |
| 799. T. Rowe Price | | | | | Buy | 11/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. Taiwan Semiconductor Mfg LTD | | | | | Buy | 11/07/14 | J | | |
| 801. Honda Mtr Ltd | | | | | Buy | 11/26/14 | J | | |
| 802. | | | | | Buy (add'l) | 12/08/14 | J | | |
| 803. Diamond Offshore Drilling Inc | | | | | Buy | 12/03/14 | J | | |
| 804. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 805. Bank of America U.S. Trust TRUST -HQC | D | Int./Div. | N | T | | | | | |
| 806. BHP Billiton LTD | | | | | Buy | 01/07/14 | J | | |
| 807. | | | | | Buy (add'l) | 01/08/14 | J | | |
| 808. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 809. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 810. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 811. | | | | | Sold (part) | 08/06/14 | J | A | |
| 812. | | | | | Sold (part) | 08/22/14 | J | A | |
| 813. | | | | | Sold (part) | 10/29/14 | J | A | |
| 814. Discover Finl Svs | | | | | Buy | 01/07/14 | J | | |
| 815. | | | | | Sold | 01/16/14 | J | A | |
| 816. | | | | | Buy | 02/21/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000    E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

Snyder, Christina A.

12/01/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 818. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 819. | | | | | Sold (part) | 08/06/14 | J | A | |
| 820. | | | | | Sold (part) | 08/22/14 | J | A | |
| 821. | | | | | Sold (part) | 09/09/14 | J | A | |
| 822. EMC Corp | | | | | Buy | 01/07/14 | J | | |
| 823. | | | | | Sold | 01/16/14 | J | A | |
| 824. | | | | | Buy | 02/21/14 | J | | |
| 825. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 826. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 827. | | | | | Sold (part) | 08/06/14 | J | A | |
| 828. | | | | | Sold (part) | 08/22/14 | J | A | |
| 829. Express Scripts Hldg Co | | | | | Buy | 01/07/14 | J | | |
| 830. | | | | | Buy (add'l) | 01/08/14 | J | | |
| 831. | | | | | Sold | 01/16/14 | J | A | |
| 832. | | | | | Buy | 02/21/14 | J | | |
| 833. | | | | | Buy (add'l) | 06/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Snyder, Christina A.

12/01/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold | 06/26/14 | J | A | |
| 835. | | | | | Buy | 07/15/14 | J | | |
| 836. | | | | | Sold (part) | 08/06/14 | J | A | |
| 837. | | | | | Sold (part) | 08/06/14 | J | A | |
| 838. | | | | | Sold (part) | 08/22/14 | J | | |
| 839. | | | | | Sold (part) | 12/19/14 | J | A | |
| 840. Philip Morris Intl | | | | | Buy | 01/07/14 | J | A | |
| 841. | | | | | Buy (add'l) | 01/07/14 | J | | |
| 842. | | | | | Buy (add'l) | 01/16/14 | J | | |
| 843. Roche Hldg LTD | | | | | Buy | 01/07/14 | J | | |
| 844. | | | | | Buy (add'l) | 01/08/14 | J | | |
| 845. | | | | | Sold | 01/16/14 | J | | |
| 846. | | | | | Buy | 02/21/14 | J | | |
| 847. | | | | | Buy | 06/10/14 | J | | |
| 848. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 849. | | | | | Sold (part) | 08/06/14 | J | A | |
| 850. | | | | | Sold (part) | 08/22/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Snyder, Christina A.

12/01/2015

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Sold (part) | 10/31/14 | J | A | |
| 852. | | | | | Buy (add'l) | 12/19/14 | | | |
| 853. Yum Brands Inc | | | | | Buy | 01/07/14 | J | A | |
| 854. | | | | | Buy (add'l) | 01/08/14 | J | | |
| 855. | | | | | Buy (add'l) | 01/16/14 | J | | |
| 856. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 857. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 858. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 859. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 860. | | | | | Sold (part) | 08/06/14 | J | A | |
| 861. | | | | | Sold (part) | 08/22/14 | J | A | |
| 862. Accenture PLC CL A | | | | | Sold (part) | 01/07/14 | J | A | |
| 863. | | | | | Sold | 01/16/14 | J | A | |
| 864. | | | | | Buy | 02/21/14 | J | | |
| 865. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 866. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 867. | | | | | Sold (part) | 08/06/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Sold (part) | 08/22/14 | J | | |
| 869.  TE Connectivity LTD | | | | | Sold (part) | 01/07/14 | J | A | |
| 870. | | | | | Sold | 01/16/14 | J | A | |
| 871. | | | | | Buy | 02/21/14 | J | | |
| 872. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 873. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 874. | | | | | Sold (part) | 08/06/14 | J | A | |
| 875. | | | | | Sold (part) | 08/22/14 | J | A | |
| 876.  Apache Corp | | | | | Sold | 01/07/14 | J | A | |
| 877. | | | | | Buy | 02/21/14 | J | | |
| 878. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 879. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 880. | | | | | Sold (part) | 08/06/14 | J | A | |
| 881. | | | | | Sold (part) | 08/22/14 | J | A | |
| 882. | | | | | Sold (part) | 12/19/14 | J | A | |
| 883. | | | | | Sold (part) | 12/19/14 | J | | |
| 884.  Automatic Data Processing Inc | | | | | Sold | 01/07/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Snyder, Christina A.    12/01/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Buy | 06/10/14 | J | | |
| 886. | | | | | Sold (part) | 08/06/14 | J | A | |
| 887.   Blackrock Inc CL A | | | | | Sold | 01/07/14 | J | A | |
| 888. | | | | | Buy | 02/21/14 | J | | |
| 889. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 890. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 891. | | | | | Sold (part) | 08/06/14 | J | A | |
| 892. | | | | | Sold (part) | 08/12/14 | J | A | |
| 893. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 894.   Chevron Corp | | | | | Sold | 01/07/14 | J | A | |
| 895. | | | | | Buy | 01/16/14 | J | | |
| 896. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 897. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 898. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 899. | | | | | Sold (part) | 08/06/14 | J | A | |
| 900. | | | | | Sold (part) | 08/12/14 | J | A | |
| 901.   Deere & Co | | | | | Sold | 01/07/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting    Date of Report

Snyder, Christina A.    12/01/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Buy | 01/09/14 | J | A | |
| 903. | | | | | Sold (part) | 01/09/14 | J | A | |
| 904. | | | | | Sold | 01/09/14 | J | A | |
| 905. | | | | | Buy | 01/16/14 | J | | |
| 906. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 907. | | | | | Buy | 06/10/14 | J | | |
| 908. | | | | | Sold (part) | 08/06/14 | J | A | |
| 909. | | | | | Sold (part) | 08/22/14 | J | A | |
| 910. | | | | | Sold (part) | 10/03/14 | J | A | |
| 911. | | | | | Sold (part) | 10/06/14 | J | A | |
| 912. Diageo PLC | | | | | Sold | 01/07/14 | J | A | |
| 913. | | | | | Buy | 02/21/14 | J | | |
| 914. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 915. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 916. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 917. | | | | | Sold (part) | 08/22/14 | J | A | |
| 918. | | | | | Sold (part) | 12/19/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 58 of 74

Name of Person Reporting

Snyder, Christina A.

Date of Report

12/01/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Sold (part) | 12/22/14 | J | A | |
| 920. Emerson Elec Co | | | | | Sold (part) | 01/07/14 | J | A | |
| 921. | | | | | Sold | 01/16/14 | J | A | |
| 922. | | | | | Buy | 02/21/14 | J | | |
| 923. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 924. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 925. | | | | | Sold (part) | 08/06/14 | J | A | |
| 926. | | | | | Sold (part) | 08/22/14 | J | A | |
| 927. | | | | | Sold (part) | 10/03/14 | J | A | |
| 928. | | | | | Sold (part) | 10/14/14 | J | A | |
| 929. | | | | | Sold (part) | 10/15/14 | J | A | |
| 930. Exxxon Mobil Corp | | | | | Sold | 01/07/14 | J | A | |
| 931. | | | | | Buy | 02/21/14 | J | | |
| 932. | | | | | Sold | 05/16/14 | J | A | |
| 933. | | | | | Buy | 06/10/14 | J | | |
| 934. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 935. | | | | | Buy (add'l) | 08/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Page 59 of 74

Snyder, Christina A.

12/01/2015

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 936. | | | | | Buy<br>(add'l) | 08/12/14 | J | | |
| 937.　General Elec Co | | | | | Sold<br>(part) | 01/07/14 | J | A | |
| 938. | | | | | Sold | 01/16/14 | J | A | |
| 939. | | | | | Buy | 02/21/14 | J | | |
| 940. | | | | | Buy<br>(add'l) | 06/10/14 | J | | |
| 941. | | | | | Buy<br>(add'l) | 07/15/14 | J | | |
| 942. | | | | | Sold<br>(part) | 08/06/14 | J | A | |
| 943. | | | | | Sold<br>(part) | 08/12/14 | J | A | |
| 944.　Honeywell Intl Inc | | | | | Sold | 01/07/14 | J | A | |
| 945. | | | | | Buy | 02/21/14 | J | | |
| 946. | | | | | Buy | 06/10/14 | J | | |
| 947. | | | | | Buy<br>(add'l) | 07/15/14 | J | | |
| 948. | | | | | Sold<br>(part) | 08/06/14 | J | A | |
| 949. | | | | | Sold<br>(part) | 08/22/14 | J | A | |
| 950.　IBM | | | | | Sold | 01/07/14 | J | A | |
| 951. | | | | | Buy | 02/21/14 | J | | |
| 952. | | | | | Buy<br>(add'l) | 02/21/14 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 953. | | | | | Sold (part) | 04/02/14 | J | A | |
| 954. | | | | | Sold (part) | 04/02/14 | J | A | |
| 955.   Johnson & Johnson | | | | | Sold (part) | 01/07/14 | J | A | |
| 956. | | | | | Sold | 01/16/14 | J | A | |
| 957. | | | | | Buy | 02/21/14 | J | | |
| 958. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 959. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 960. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 961. | | | | | Sold (part) | 08/06/14 | J | A | |
| 962. | | | | | Sold (part) | 08/22/14 | J | A | |
| 963. | | | | | Sold (part) | 09/09/14 | J | A | |
| 964.   Kraft Foods Group | | | | | Sold | 01/07/14 | J | A | |
| 965. | | | | | Buy | 02/21/14 | J | | |
| 966. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 967. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 968. | | | | | Sold (part) | 08/06/14 | J | | |
| 969. | | | | | Sold (part) | 08/12/14 | J | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. Marsh & McClennan Cos Inc | | | | | Sold | 01/07/14 | J | A | |
| 971. | | | | | Buy | 02/21/14 | J | | |
| 972. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 973. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 974. | | | | | Sold (part) | 08/06/14 | J | A | |
| 975. | | | | | Sold (part) | 08/22/14 | J | A | |
| 976. McDonalds Corp | | | | | Sold (part) | 01/07/14 | J | A | |
| 977. | | | | | Sold (part) | 01/07/14 | J | A | |
| 978. | | | | | Sold (part) | 01/08/14 | J | A | |
| 979. | | | | | Sold | 01/16/14 | J | A | |
| 980. Mondelez Intl Inc | | | | | Sold (part) | 01/07/14 | J | A | |
| 981. | | | | | Sold (part) | 01/07/14 | J | A | |
| 982. | | | | | Sold (part) | 01/08/14 | J | A | |
| 983. | | | | | Sold (part) | 01/16/14 | J | A | |
| 984. | | | | | Sold (part) | 02/21/14 | J | A | |
| 985. | | | | | Sold (part) | 02/24/14 | J | A | |
| 986. Novartis A G | | | | | Sold (part) | 01/07/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 987. | | | | | Sold (part) | 02/06/14 | J | A | |
| 988. | | | | | Sold (part) | 02/06/14 | J | A | |
| 989. | | | | | Sold | 02/07/14 | J | A | |
| 990. | | | | | Buy | 02/21/14 | J | | |
| 991. | | | | | Sold | 04/08/14 | J | A | |
| 992. Occidental Pete Corp | | | | | Sold (part) | 01/07/14 | J | A | |
| 993. | | | | | Sold (part) | 02/06/14 | J | A | |
| 994. | | | | | Sold | 02/06/14 | J | A | |
| 995. PNC Finl Svcs Group Inc | | | | | Sold | 01/07/14 | J | A | |
| 996. | | | | | Buy | 02/21/14 | J | | |
| 997. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 998. | | | | | Buy (add'l) | 07/11/14 | J | | |
| 999. Pepsico Inc | | | | | Sold | 01/07/14 | J | A | |
| 1000. | | | | | Buy | 02/21/14 | P3 | | |
| 1001. | | | | | Sold (part) | 04/10/14 | J | A | |
| 1002. Philip Morris Intl Inc | | | | | Sold (part) | 01/07/14 | J | A | |
| 1003. | | | | | Sold (part) | 01/07/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Sold | 01/07/14 | J | A | |
| 1005. | | | | | Buy | 01/08/14 | J | | |
| 1006. | | | | | Buy (add'l) | 01/08/14 | J | A | |
| 1007. | | | | | Sold (part) | 01/08/14 | J | A | |
| 1008. | | | | | Sold (part) | 01/08/14 | J | A | |
| 1009. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 1010. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 1011. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 1012. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 1013. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 1014. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 1015. | | | | | Sold (part) | 08/06/14 | J | A | |
| 1016. | | | | | Sold (part) | 08/12/14 | J | A | |
| 1017. | | | | | Buy (add'l) | 08/22/14 | J | | |
| 1018. Praxair Inc | | | | | Sold (part) | 01/07/14 | J | A | |
| 1019. | | | | | Sold | 01/09/14 | J | A | |
| 1020. | | | | | Buy | 01/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1021. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 1022. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 1023. | | | | | Sold | 06/26/14 | J | A | |
| 1024. Qualcomm Inc | | | | | Sold | 01/07/14 | J | A | |
| 1025. | | | | | Buy | 02/21/14 | J | | |
| 1026. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 1027. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 1028. | | | | | Sold (part) | 08/06/14 | J | A | |
| 1029. | | | | | Sold (part) | 08/12/14 | J | A | |
| 1030. | | | | | Sold (part) | 09/03/14 | J | A | |
| 1031. | | | | | Sold (part) | 09/03/14 | J | A | |
| 1032. Schlumberger LTD | | | | | Sold | 01/07/14 | J | A | |
| 1033. | | | | | Buy | 02/21/14 | J | | |
| 1034. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 1035. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 1036. | | | | | Sold (part) | 08/06/14 | J | A | |
| 1037. | | | | | Sold (part) | 08/22/14 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. Charles Schwab Corp New | | | | | Sold (part) | 01/07/14 | J | A | |
| 1039. | | | | | Sold | 01/16/14 | J | A | |
| 1040. | | | | | Buy | 02/21/14 | J | | |
| 1041. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 1042. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 1043. | | | | | Sold (part) | 08/06/14 | J | A | |
| 1044. | | | | | Sold (part) | 08/22/14 | J | A | |
| 1045. J M Smucker Co | | | | | Sold (part) | 01/07/14 | J | A | |
| 1046. | | | | | Sold | 01/08/14 | J | A | |
| 1047. | | | | | Sold (part) | 01/09/14 | J | A | |
| 1048. | | | | | Sold (part) | 01/10/14 | J | A | |
| 1049. | | | | | Sold | 01/16/14 | J | A | |
| 1050. United Parcel Svc Inc | | | | | Sold (part) | 01/07/14 | J | A | |
| 1051. | | | | | Sold (part) | 01/07/14 | J | A | |
| 1052. | | | | | Sold (part) | 01/08/14 | J | A | |
| 1053. | | | | | Sold | 01/16/14 | J | A | |
| 1054. Visa Inc CL A | | | | | Sold | 01/07/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. | | | | | Buy | 02/21/14 | J | | |
| 1056. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 1057. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 1058. | | | | | Sold (part) | 08/06/14 | J | A | |
| 1059. | | | | | Sold (part) | 08/22/14 | J | A | |
| 1060. | | | | | Sold (part) | 09/09/14 | J | A | |
| 1061. | | | | | Sold (part) | 11/20/14 | J | B | |
| 1062. Zoeetis Inc CL A | | | | | Sold | 01/07/14 | J | A | |
| 1063. | | | | | Buy | 01/16/14 | J | | |
| 1064. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 1065. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 1066. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 1067. | | | | | Sold (part) | 08/06/14 | J | A | |
| 1068. | | | | | Sold (part) | 08/22/14 | J | A | |
| 1069. | | | | | Sold (part) | 11/14/14 | J | A | |
| 1070. Bayer Motoren Werk Eur1 | | | | | Buy | 01/08/14 | J | | |
| 1071. | | | | | Buy (add'l) | 02/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 1073. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 1074. | | | | | Sold (part) | 08/07/14 | J | | |
| 1075. | | | | | Sold (part) | 08/25/14 | J | A | |
| 1076. Twenty-First Centy Fox Inc | | | | | Buy | 01/09/14 | J | | |
| 1077. | | | | | Buy (add'l) | 01/09/14 | J | | |
| 1078. | | | | | Buy (add'l) | 01/16/14 | J | | |
| 1079. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 1080. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 1081. | | | | | Buy (add'l) | 08/12/14 | J | | |
| 1082. | | | | | Sold (part) | 08/12/14 | J | | |
| 1083. | | | | | Sold (part) | 08/12/14 | J | | |
| 1084. | | | | | Buy (add'l) | 08/22/14 | J | | |
| 1085. | | | | | Buy (add'l) | 10/03/14 | | | |
| 1086. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 1087. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 1088. Boeing Co | | | | | Buy | 02/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1089. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 1090. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 1091. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 1092. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 1093. | | | | | Sold (part) | 08/22/14 | J | | |
| 1094. Apple Inc | | | | | Buy | 02/21/14 | J | | |
| 1095. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 1096. | | | | | Sold (part) | | J | A | |
| 1097. | | | | | Sold | 05/22/14 | J | A | |
| 1098. | | | | | Buy | 06/10/14 | J | | |
| 1099. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 1100. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 1101. | | | | | Sold (part) | 08/22/14 | J | A | |
| 1102. | | | | | Sold (part) | 11/14/14 | J | A | |
| 1103. Automatic Data Processing INC | | | | | Buy | 02/21/14 | J | | |
| 1104. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 1105. | | | | | Buy (add'l) | 07/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. | | | | | Sold (part) | 08/22/14 | J | A | |
| 1107. Microsoft Corp | | | | | Buy | 04/02/14 | J | | |
| 1108. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 1109. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 1110. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 1111. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 1112. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 1113. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 1114. | | | | | Sold (part) | 08/22/14 | J | A | |
| 1115. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 1116. Verizon Communications | | | | | Buy | 04/08/14 | J | | |
| 1117. | | | | | Buy | 06/10/14 | J | | |
| 1118. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 1119. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 1120. | | | | | Sold (part) | 08/22/14 | J | A | |
| 1121. | | | | | Sold (part) | 09/09/14 | J | A | |
| 1122. | | | | | Buy (add'l) | 12/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. TJX Cos Inc New | | | | | Buy | 04/29/14 | J | | |
| 1124. | | | | | Buy (add'l) | 04/29/14 | J | | |
| 1125. National Oilwell Varco Inc | | | | | Buy | 05/16/14 | J | | |
| 1126. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 1127. | | | | | Sold | 08/22/14 | J | | |
| 1128. Comcast Corp New | | | | | Buy | 06/26/14 | J | | |
| 1129. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 1130. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 1131. | | | | | Sold (part) | 08/12/14 | J | A | |
| 1132. American Intl Group Inc | | | | | Buy | 08/06/14 | J | | |
| 1133. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 1134. | | | | | Sold (part) | 08/22/14 | J | A | |
| 1135. Gilead Sciences Inc | | | | | Buy (add'l) | 08/06/14 | J | | |
| 1136. | | | | | Buy | 08/06/14 | J | | |
| 1137. | | | | | Sold (part) | 08/22/14 | J | A | |
| 1138. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 1139. NOW Inc | | | | | Spinoff (from line 1125) | 08/06/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT Page 71 of 74 | Name of Person Reporting Snyder, Christina A. | Date of Report 12/01/2015 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1140. Actavis PLC | | | | | Buy | 08/12/14 | J | | |
| 1141. | | | | | Buy (add'l) | 08/13/14 | J | | |
| 1142. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 1143. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 1144. ConocoPhillips | | | | | Buy | 08/12/14 | J | | |
| 1145. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 1146. Ecolab Inc | | | | | Buy | 08/22/14 | J | | |
| 1147. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 1148. | | | | | Buy (add'l) | 10/08/14 | J | | |
| 1149. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 1150. Medtronic Inc | | | | | Buy | 09/09/14 | J | | |
| 1151. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 1152. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 1153. CDK Global Inc | | | | | Buy | 10/03/14 | J | | |
| 1154. | | | | | Sold (part) | 10/22/14 | J | A | |
| 1155. | | | | | Sold (part) | 11/13/14 | J | A | |
| 1156. Grainger W W Inc. | | | | | Buy | 10/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1157. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 1158. Las Vegas Sands Corp | | | | | Buy (add'l) | 10/15/14 | J | | |
| 1159. | | | | | Buy | 10/29/14 | J | | |
| 1160. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 1161. EOG Res Inc | | | | | Buy | 11/14/14 | J | | |
| 1162. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 1163. Rental Property #1 Montecito, CA | G | Rent | P2 | W | | | | | |
| 1164. S/S Trust | | None | J | T | | | | | |
| 1165. 'Wine Simple, Inc. | | | | | Buy | 06/01/14 | J | | |
| 1166. | | | | | | | | | |
| 1167. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 12/01/2015 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Page 4 - Line 3 - 2013 Report should have read "Sold Part."
2. Part VII, Page 14 - Line 181 - Acct is Bank of America/U.S. Trust IRA #3
3. Part VII, Page 26 - Line 377 - Acct not Merrill Lynch - should be Bank of America/U.S. Trust PL
4. Part VII, Page 44 - Line 696 - Acct is Bank of America/U.S. Trust SCH-LVC-PL
5. Part VII, Page 46 - Line 730 - Acct is Bank of America/U.S. Trust EIC-MTV
6. Part VII, Page 51 - Line 805 - Acct is Bank of America/U.S. Trust HQ
7. Part VII, Page 27 - Line 394 - Listed on 2013 FDR Report - ASSET MATURED - NOT SOLD
8. Part VII, Page 50 - Line 788 - Advisor could not find original purchase date and assumed it had been held in the account for years.  No other information availaable
9. Part VII, Page 50 - Line 797 - In advertently reported as additional buy, when it was original puchase

.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 74 of 74 | Snyder, Christina A. | 12/01/2015 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Christina A. Snyder

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544